UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KEVIN PHILLIPS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-219 |
| | § | |
| MRS BPO, LLC, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal with Prejudice (D.E. 19), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 11th day of April, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE